## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| CHRISTAPHOR DORRIS,  )   | |
| ) | |
| Plaintiff,  ) | **Case No. 1:11-CV-00103 JTK** |
| ) | |
| v.  ) | |
| ) | |
| MICHAEL J. ASTRUE, Commissioner,  ) | |
| Social Security Administration,  ) | |
| Defendant.  ) | |

## ORDER OF DISMISSAL

The Court issued a scheduling order on April 24, 2012, which required Plaintiff to file his brief by June 5, 2012. (Doc. No. 10). Plaintiff subsequently filed a motion for extension of time on June 4, 2012. (Doc. No. 11). The Court granted his motion, and the deadline for his brief was extended to July 4, 2012. Plaintiff has not filed anything with the Court since his request for an extension was granted.

As explained in the scheduling order, Plaintiff's failure to file a timely brief is grounds for dismissal. Given the amount of time that has passed, the Court believes that dismissal is warranted. Accordingly, Plaintiff's action is dismissed without prejudice for want of prosecution.

SO ORDERED this 5th day of October, 2012.

_____
United States Magistrate Judge