IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTAPHOR M. DORRIS                                                                    PLAINTIFF

V.                                    CASE NO. 1:11cv103 JTK

CAROLYN W. COLVIN, Acting Commissioner,
Social Security Administration                                                           DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 29th day of April, 2013.

_____
UNITED STATES MAGISTRATE JUDGE